|          |                                                                 |
|----------|-----------------------------------------------------------------|
| **To:**  | The Honorable Martin Reidinger<br>U.S. District Court Judge     |
| **From:**| Benjamin Racoff<br>Intensive Supervision Specialist             |
| **Subject:** | **Ralph William Adamson**<br>Case Number: 0419 1:12CR00099- 001<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:**| 1/30/2023                                                       |



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

---

The United States Probation Office is requesting permission to destroy two (2) items that were seized from the listed defendant. These items were seized on 11/10/21, during a planned search of the defendant's residence. These items were seized due to the investigating officer believing them to be contraband and evidence.

On 11/10/21, during a search of the defendant's residence, a HP computer (item number 1) and a SanDisk SD Card (item number 4) were seized. A forensic examination of the devices revealed images and simulated images of child pornography. During the defendant's Supervised Release Violation Hearing on 08/25/22, the defendant received a sentence of imprisonment of 14 months followed by a life term of supervised release. For these reasons, I am respectfully requesting that the listed items be destroyed.

Items seized:

**Item 1 – A HP computer, serial number MXL3341CUS**
**Item 4 – A SanDisk SD Card**

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 828-771-7347, should you have any questions.

---

THE COURT ORDERS:

☐ Destroy Seized Property as Requested
☒ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: January 30, 2023

_____
Martin Reidinger
Chief United States District Judge